[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11679
Non-Argument Calendar
_____

D.C. Docket No. 3:13-cr-00127-MEW-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT EUGENE SPIKER,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 19, 2014)

Before HULL, MARTIN and ROSENBAUM, Circuit Judges

PER CURIAM:

Roland Falcon, appointed counsel for Robert Spiker, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Spiker's conviction and sentence are **AFFIRMED**.